**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Tony Converse WATKINS,**
**Defendant–Appellant.**

**No. 14–11212**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 3, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Gregory Don Sherwood, Esq., Law Office of Gregory Sherwood, Austin, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Tony Converse Watkins has moved for

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Watkins has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Watkins's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Watkins's motions to appoint substitute counsel, take judicial notice, and compel counsel to provide a copy of the record are DENIED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.